| Fill in this information to identify your case: | |
|---|---|
| United States Bankruptcy Court for the: <br> MIDDLE DISTRICT OF FLORIDA | |
| Case number (if known) _____  Chapter  __11__ | ☐ Check if this an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy                06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| 1. | Debtor's name | **Burdock and Associates, Inc.** | |
|---|---|---|---|
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | **DBA  Burdock Group** <br> **DBA  Burdock Group Consultants** | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **65-0830920** | |
| 4. | Debtor's address | **Principal place of business** <br><br> **859 Outer Road** <br> **Orlando, FL 32814** <br> Number, Street, City, State & ZIP Code <br><br> **Orange** <br> County | **Mailing address, if different from principal place of business** <br><br> _____ <br> P.O. Box, Number, Street, City, State & ZIP Code <br><br> **Location of principal assets, if different from principal place of business** <br><br> _____ <br> Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | **www.burdockgroup.com** | |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br> ☐ Partnership (excluding LLP) <br> ☐ Other. Specify: _____ | |

Debtor **Burdock and Associates, Inc.**　　　　　　　　　　　　　　　Case number (*if known*)　_____
　　　　Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
　　__5416__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check all that apply*:

　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　☐ A plan is being filed with this petition.

　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____　When _____　Case number _____
District _____　When _____　Case number _____

| Debtor | Burdock and Associates, Inc. | Case number (*if known*) |
|---|---|---|
| | Name | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | | When | Case number, if known |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
    What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency
    Contact name
    Phone

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
■ $500,001 - $1 million
☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million
☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
■ $1,000,001 - $10 million
☐ $500,000,001 - $1 billion

Official Form 201      **Voluntary Petition for Non-Individuals Filing for Bankruptcy**      page 3

Debtor **Burdock and Associates, Inc.** Case number (*if known*)
Name

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor  **Burdock and Associates, Inc.**         Case number (*if known*) _____
_____Name_____

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **October 6, 2023**
MM / DD / YYYY

X  */s/ George A. Burdock*                    **George A. Burdock**
Signature of authorized representative of debtor         Printed name

Title  **President**

**18. Signature of attorney**

X  */s/ R. Scott Shuker*                      Date  **October 6, 2023**
Signature of attorney for debtor                              MM / DD / YYYY

**R. Scott Shuker, Esq**
Printed name

**Shuker & Dorris, P.A.**
Firm name

**121 S. Orange Avenue
Suite 1120
Orlando, FL 32801**
Number, Street, City, State & ZIP Code

Contact phone  **(407) 337-2060**     Email address  **rshuker@shukerdorris.com**

**984469 FL**
Bar number and State

**Fill in this information to identify the case:**

Debtor name     Burdock and Associates, Inc.

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☐ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    October 6, 2023        X *George A. Burdock*
                                        Signature of individual signing on behalf of debtor

                                        **George A. Burdock**
                                        Printed name

                                        **President**
                                        Position or relationship to debtor

Fill in this information to identify the case:

Debtor name: **Burdock and Associates, Inc.**
United States Bankruptcy Court for the: **MIDDLE DISTRICT OF FLORIDA**
Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Advanced Document Solutions<br>4119 Browns Lane, Bldg 4<br>Louisville, KY 40220 | | Trade debt. | | | | $477.30 |
| AFLAC<br>1932 Wynnton Road<br>Columbus, GA 31999 | | Trade debt / insurance | | | | $451.62 |
| American Express<br>P.O. Box 650448<br>Dallas, TX 75265-0448 | | Credit Card | | | | $24,834.72 |
| CMIT Solutions<br>7512 Dr. Phillips Blvd.<br>Suite 50-926<br>Orlando, FL 32819 | | Trade debt | | | | $1,790.11 |
| Duane Morris, LLP<br>Attn: Payment Processing<br>P.O. Box 787166<br>Philadelphia, PA 19178-7166 | | Trade debt | | | | $277,941.35 |
| Elsevier B.V.<br>P.O. Box 7247-8455<br>Philadelphia, PA 19170-8455 | | Trade debt | | | | $12,859.00 |
| Florida Blue BCBS<br>PO Box 660299<br>San Antonio, TX 78266-0299 | | Trade debt / insurance | | | | $4,162.60 |
| Hartford Insurance<br>200 Colonial Pkwy, Ste. 500<br>Lake Mary, FL 32746 | | Trade debt / insurance | | | | $777.63 |

Debtor  **Burdock and Associates, Inc.**                                    Case number *(if known)*
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Institute of Food Tech.**<br>97478 Eagle Way<br>Chicago, IL 60678-9740 | | Trade debt | | | | $3,225.00 |
| **John Bauer, Ph.D.**<br>2805 Hartwick Circle<br>Longmont, CO 80503 | | Trade debt | | | | $5,000.00 |
| **KM Paradise Solution LLC**<br>10630 Inside Loop<br>Orlando, FL 32825 | | Trade debt | | | | $479.25 |
| **Liberty Mutual Insurance**<br>P.O. Box 188025<br>Fairfield, OH 45018-8025 | | Trade debt / insurance | | | | $702.08 |
| **New Lane Finance**<br>123 S. Broad St., 17th Floor<br>Philadelphia, PA 19109 | | Trade debt | | | | $298.00 |
| **Paydirt Gold Company, LLC**<br>c/o Thomas P. Carter, Esq.<br>904 Manhattan Ave. 2nd Floor, Suite 5<br>Manhattan Beach, CA 90266 | | Legal Action / Breach of Contract | Contingent Disputed | | | $1,500,000.00 |
| **Rehmann, LLC**<br>5800 Gratiot Rd., Ste. 201<br>Saginaw, MI 48638 | | Trade debt | | | | $12,180.00 |
| **Salvitas Development, LLC**<br>859 Outer Road<br>Orlando, FL 32814 | | Trade debt / real property lease payment(s) | | | | $15,091.67 |
| **Spectrum**<br>400 Atlantic Street<br>Stamford, CT 06901 | | Trade debt | | | | $329.98 |
| **State Farm Insurance Co.**<br>Attn: Jim Ackerman, CLU<br>P.O. Box 588002<br>North Metro, GA 30029-8002 | | Trade debt / insurance | | | | $779.50 |

Debtor **Burdock and Associates, Inc.**                              Case number *(if known)* _____
       Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Supply Side West Informa Exhibitions P.O. Box 419018 Boston, MA 02241-9018** | | **Trade debt** | | | | **$4,450.00** |
| **Thomas J. Rosol, Ph.D. 703 Olde Settler Place Columbus, OH 43214** | | **Trade debt** | | | | **$5,000.00** |

# United States Bankruptcy Court
## Middle District of Florida

In re: **Burdock and Associates, Inc.**
Debtor(s)

Case No.
Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| George A. Burdock, PhD<br>1140 Kenwood Avenue<br>Winter Park, FL 32789 | n/a | 100% | Member |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **October 6, 2023**     Signature *[signed]* George A. Burdock

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

## United States Bankruptcy Court
### Middle District of Florida

In re: **Burdock and Associates, Inc.**                                       Case No. _____
                                   Debtor(s)                                  Chapter __11__

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **October 6, 2023**                          _/s/ George A. Burdock_____
                                                    George A. Burdock/President
                                                    Signer/Title

Burdock and Associates, Inc.
859 Outer Road
Orlando, FL 32814

Florida Blue BCBS
PO Box 660299
San Antonio, TX 78266-0299

Orange County Tax Collector
301 S Robinson Avenue
Orlando, FL 32801

R.Scott Shuker, Esq
Shuker & Dorris, P.A.
121 S. Orange Avenue
Suite 1120
Orlando, FL 32801

George A. Burdock, PhD
1140 Kenwood Avenue
Winter Park, FL 32789

Paydirt Gold Company, LLC
c/o Thomas P. Carter, Esq.
904 Manhattan Ave.
2nd Floor, Suite 5
Manhattan Beach, CA 90266

Advanced Document Solutions
4119 Browns Lane, Bldg 4
Louisville, KY 40220

Hartford Insurance
200 Colonial Pkwy, Ste. 500
Lake Mary, FL 32746

Rehmann, LLC
5800 Gratiot Rd., Ste. 201
Saginaw, MI 48638

AFLAC
1932 Wynnton Road
Columbus, GA 31999

Institute of Food Tech.
97478 Eagle Way
Chicago, IL 60678-9740

Salvitas Development, LLC
859 Outer Road
Orlando, FL 32814

American Express
P.O. Box 650448
Dallas, TX 75265-0448

Internal Revenue Service
Centralized Insolvency Ops
PO Box 7346
Philadelphia, PA 19101-7346

Spectrum
400 Atlantic Street
Stamford, CT 06901

Bank of America
P.O. Box 17237
Wilmington, DE 19886-7237

John Bauer, Ph.D.
2805 Hartwick Circle
Longmont, CO 80503

Spectrum VOIP
P.O. Box 733619
Dallas, TX 75373-3619

CMIT Solutions
7512 Dr. Phillips Blvd.
Suite 50-926
Orlando, FL 32819

KM Paradise Solution LLC
10630 Inside Loop
Orlando, FL 32825

State Farm Insurance Co.
Attn: Jim Ackerman, CLU
P.O. Box 588002
North Metro, GA 30029-8002

Duane Morris, LLP
Attn: Payment Processing
P.O. Box 787166
Philadelphia, PA 19178-7166

Liberty Mutual Insurance
P.O. Box 188025
Fairfield, OH 45018-8025

Supply Side West
Informa Exhibitions
P.O. Box 419018
Boston, MA 02241-9018

Elsevier B.V.
P.O. Box 7247-8455
Philadelphia, PA 19170-8455

New Lane Finance
123 S. Broad St., 17th Floor
Philadelphia, PA 19109

Thomas J. Rosol, Ph.D.
703 Olde Settler Place
Columbus, OH 43214