**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
www.flmb.uscourts.gov

| | |
|---|---|
| **In re:** | **CASE NO.:**   6:23-bk-04165 |
| **BURDOCK AND ASSOCIATES, INC.,** | **CHAPTER 11** |
| Debtor. | **SUBCHAPTER V** |
| _____/ | |

## CHAPTER 11 CASE MANAGEMENT SUMMARY

**BURDOCK AND ASSOCIATES, INC.** ("the "Debtor"), a Florida corporation, by and through their undersigned counsel, and pursuant to Local Rule 2081-1(b) and Administrative Order FLMB 2009-1, files this Chapter 11 Case Management Summary, and states as follows:

**I.     Description of Debtor's Business**

4.    On October 6, 2023 (the "Petition Date"), the Debtor filed its voluntary petition for relief under chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") with the United States Bankruptcy Court for the Middle District of Florida, Orlando Division.

5.    No trustee has been appointed and Debtor continues to manage and operate its business as a debtor-in-possession pursuant to sections 1107 and 1108 of the Bankruptcy Code.

6.    The Debtor is a Florida corporation formed in April 1998, doing business as Burdock Group and Burdock Group Consultants.

7.    The Debtor is an international safety and regulatory compliance consulting firm offering customized solutions for its customers' compliance needs. The Debtor's experienced staff of project managers, scientists, and toxicologists provide unparalleled expertise in food, beverage, dietary supplements, pet food, animal feed, personal care products, and cosmetics. With over 30 years of documented experience and frequent publication on current scientific and regulatory issues, the Debtor has been recognized worldwide as the industry leader in regulatory

compliance consulting for FDA, USDA, AAFCO, and EPA requirements. The Debtor currently operates out of a commercial office space located at 859 Outer Road, Orlando, Florida 32814.

## II.     Locations of the Debtor's Operations

8.    The Debtor's headquarters are located at 859 Outer Road, Orlando, Florida, which consists of approximately 15,000 square feet of office space that the Debtor leases from Salvitas Development, LLC.

## III.    Events Leading to and Reasons for Filing

### A.  The California Lawsuit

4.    The primary event leading to this filing is a lawsuit Paydirt Gold Company, LLC ("Paydirt") commenced against Debtor for alleged negligence (and other related causes of action) based on advice Debtor provided to Paydirt involving labeling requirements for "handwipes".

5.    That suit was filed—*three years ago*—and remains pending in the United States District Court for the Central District of California, styled as *Paydirt Gold Company, LLC v. Burdock and Associates, Inc.*, Case No. 2:21-cv-09782-AB-PLA (the "California Lawsuit").

6.    The Debtor has been successful so far in the California Lawsuit insofar as: (a) the following claims of Paydirt have been dismissed: (i) Plaintiff's Fifth Cause of Action for Violation of Business & Professions Code section 6126 *et seq.*; and Plaintiff's Sixth Cause of Action for Violation of Business and Professions Code section 17200 *et seq.*; and (ii) the Debtor prevailed in obtaining partial summary judgment whereby the Court held that Paydirt cannot recover expected revenue, thereby limiting its damages in this respect to lost profits.

7. Although the parties have mediated the California Lawsuit multiple times, they are nowhere close to reaching a resolution and the financial burdens associated with litigating the California Lawsuit have depleted the liquidity of Debtor.

8. Trial in the California Lawsuit is set to begin on December 5, 2023, with pretrial deadlines beginning on October 27, 2023. Though the Debtor disputes Paydirt's claims, it simply cannot afford the legal costs and burdens associated with trial over the next three months.

9. Over the past three years, the Debtor, a small Florida business, has spent roughly $500,000 actively, and mostly successfully, defending this federal lawsuit across the country in California. But the exorbitant legal fees and costs the Debtor has already expended (and which will grow exponentially with trial looming) are simply unsustainable. Without a faster and more efficient path for bringing the California Lawsuit to an end, the legal fees will topple the Debtor's otherwise successful and profitable 30+ year business.

**B. The IOA Lawsuit**

10. Once the California Lawsuit had been filed, the Debtor made a claim upon its professional liability insurer. The insurer denied coverage stating that the policy only covered claims arising out of "U.S. Safety and Regulatory Consulting for Food, Dietary Supplements and Feed Ingredients," those items listed on the declaration page of the policy. Coverage for regulatory compliance for "handwipes" purportedly was not a covered claim.

11. Based on that denial of coverage, the Debtor commenced an action against its insurance broker, Insurance Office of America, Inc. ("IOA"), for negligence and breaches of fiduciary duties based on: (a) IOA's failure to procure professional liability insurance covering the California Lawsuit claims; (b) IOA assuring the Debtor that any claim arising out of its safety and regulatory compliance work would be covered under the policy the Debtor purchased; and

(c) IOA telling the Debtor that it was not essential in the insurance application to list all possible types of matters or products upon which the Debtor might provide consulting service.

12. The commenced this lawsuit against IOA in February 2023, in Orange County, Florida's Circuit Court, styled as *Burdock and Associates, Inc. v. Insurance Office of America*, Case No. 2023-CA-001715 (the "IOA Lawsuit"). The case is in its early stages with IOA having just filed its Answer and Affirmative Defenses on August 31, 2023.

13. As of the Petition date, the Debtor has spent roughly $20,000 in legal fees and costs prosecuting its claims in the IOA Lawsuit; however, to allow the Debtor to continue prosecuting its claims against IOA, the Debtor's state court counsel has agreed to continue representing the Debtor on a contingency basis.

C. The Burdens on the Debtor

14. The Debtor has faced acute economic challenges predominantly stemming from the burdens associated with the California and IOA Lawsuits. In addition to the legal fees and costs it has expended, the Debtor's founder and President, Dr. George A. Burdock, DABT, FACN ("Dr. Burdock"), has been forced to spend the bulk of his time and labor on the company's litigation matters. Dr. Burdock is the driving force of the business. He not only oversees and manages the day-to-day business, but Dr. Burdock is the primary consultant for services to the Debtor's clients. Without Dr. Burdock's personal involvement, knowledge, expertise, and credentials, the Debtor's business simply would not exist.

IV. **List of Officers and Directors and Their Salaries and Benefits at Time of Filing and During the One Year Prior to Filing**

15. Dr. Burdock is the President and CEO of the Debtor. Mr. Burdock's current year to date salary is $144,000 plus benefits and was $177,520 for the year ending December 31, 2022.

## V. Debtor's Annual Gross Revenue

16. In 2021, the Debtor's gross revenues was approximately $1.49 million. The Debtor's gross revenues for the year ending December 31, 2022, were roughly $1.75 million and Debtor's 2023 year to date gross revenues are approximately $900,000.

## VI. Amounts Owed to Various Classes of Creditors Secured Claims:

### A. Secured Claims

17. The Debtor owes Bank of America approximately $25,000 for a vehicle loan in the principal amount, as evidenced by the lien on title for the vehicle.

18. Additionally, the Debtor owes various equipment, computer, and vehicle lenders approximately $50,000. These lenders have liens specific to the various assets that were originally secured for the financing.

### B. Priority Claims:

19. The Debtor owes approximately $2,500 to various county property tax assessments that are past due.

### C. Unsecured Claims:

20. The Debtor owes approximately $200,000 to non-disputed unsecured creditors, including trade creditors.

## VII. General Description and Approximate Value of the Debtor's Current and Fixed Assets

4. The Debtor's assets consist primarily of cash, customer accounts receivables and machinery and equipment and office furniture and equipment. The book value of the Debtor's assets is approximately $348,000.

### VIII. Number of Employees and Amount Owed as of Petition Date

5. As of the Petition Date, the Debtor had five (5) W-2 employees who were, collectively, owed a total of approximately $26,783.30 (gross amount including federal withholding taxes and voluntary deductions) for unpaid wages.

### IX. Status of Debtor's Payroll and Sales Tax Obligations

6. On the Petition Date, the Debtor was current on its payroll and sales tax obligations.

### X. Anticipated Emergency Relief Within 14 Days of Petition Date

7. The Debtor anticipates filing the following pleadings requesting emergency relief within 14 days of the Petition Date: (a) motion for authority to pay prepetition wages; and (b) motion to pay officers' salaries.

### XI. Strategic Objectives

8. The California Lawsuit is jeopardizing the Debtor's business and putting considerable risk on the Debtor's ability to continue operations. In just this calendar year, Debtor has spent approximately $300,000—which is approximately 60% of its total budgeted expenses—on legal fees. These exorbitant legal expenditures are not sustainable. Thus, the Debtor intends to resolve the California Lawsuit in the Bankruptcy Court through the claim objection process, with the aim of bringing the pending litigation to a close as expeditiously and efficiently as possible. The Debtor has filed a petition under chapter 11 to implement a comprehensive restructuring and to propose a mechanism to efficiently address and resolve all claims. The filing of this case is not the end-result of any strategy or attempt to avoid any lawful responsibilities or obligations. Rather, the Debtor is in an untenable position where it cannot sustain funding the costs, fees, time, resources, and other expenses that the California Lawsuit requires. Thus, the Debtors commenced this bankruptcy case after a comprehensive review of all

realistic alternatives and considering and balancing of a variety of factors. Overall, through the chapter 11 process, the Debtor will use the exclusivity period to (a) resolve the California and IOA Lawsuits in the Bankruptcy Court; (b) evaluate its assets and liabilities, (c) develop a plan to reorganize and maximize the return to creditors; and (d) formulate, file, and prosecute a plan of reorganization.

**RESPECTFULLY SUBMITTED** this 9th day of October 2023.

        */s/ R. Scott Shuker*
        R. Scott Shuker, Esq.
        Florida Bar No.: 984469
        rshuker@shukerdorris.com
        **SHUKER & DORRIS, P.A.**
        121 S. Orange Ave., Suite 1120
        Orlando, Florida 32801
        Tel: (407) 337-2060
        Fax: (407) 337-2050
        *Attorneys for the Debtor*

**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**
www.flmb.uscourts.gov

In re:                                    CASE NO.:   6:23-bk-04165

**BURDOCK AND ASSOCIATES, INC.,**         CHAPTER 11
                                          SUBCHAPTER V
      Debtor.

_____/

**CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that a true copy of the foregoing **DEBTOR'S CHAPTER 11 CASE MANAGEMENT SUMMARY** has been furnished either electronically and/or by U.S. First Class, postage prepaid mail to: **DEBTOR, BURDOCK AND ASSOCIATES, INC.**, 859 Outer Road, Orlando, FL 32814; all parties entitled to receive CM/ECF noticing; the secured creditors and the twenty largest unsecured creditors as shown on the attached matrix; and the **U.S. TRUSTEE'S OFFICE**, 400 W. Washington St., Ste. 1100, Orlando, FL 32801 this 9th day of October 2023.

                                                                                */s/ R. Scott Shuker*
                                                                                R. Scott Shuker, Esq.

**Burdock and Associates, Inc.**
**Case No.: 6:23-bk-04165**
**20 Largest Unsecured Creditors**

Advanced Document Solutions
4119 Browns Lane, Bldg 4
Louisville, KY 40220

AFLAC
1932 Wynnton Road
Columbus, GA 31999

American Express
P.O. Box 650448
Dallas, TX 75265-0448

CMIT Solutions
7512 Dr. Phillips Blvd.
Suite 50-926
Orlando, FL 32819

Duane Morris, LLP
Attn: Payment Processing
P.O. Box 787166
Philadelphia, PA 19178-7166

Elsevier B.V.
P.O. Box 7247-8455
Philadelphia, PA 19170-8455

Florida Blue BCBS
PO Box 660299
San Antonio, TX 78266-0299

Hartford Insurance
200 Colonial Pkwy, Ste. 500
Lake Mary, FL 32746

Institute of Food Tech.
97478 Eagle Way
Chicago, IL 60678-9740

John Bauer, Ph.D.
2805 Hartwick Circle
Longmont, CO 80503

KM Paradise Solution LLC
10630 Inside Loop
Orlando, FL 32825

Liberty Mutual Insurance
P.O. Box 188025
Fairfield, OH 45018-8025

New Lane Finance
123 S. Broad St., 17th Floor
Philadelphia, PA 19109

Paydirt Gold Company, LLC
c/o Thomas P. Carter, Esq.
904 Manhattan Ave.
2nd Floor, Suite 5
Manhattan Beach, CA 90266

Rehmann, LLC
5800 Gratiot Rd., Ste. 201
Saginaw, MI 48638

Salvitas Development, LLC
859 Outer Road
Orlando, FL 32814

Spectrum
400 Atlantic Street
Stamford, CT 06901

State Farm Insurance Co.
Attn: Jim Ackerman, CLU
P.O. Box 588002
North Metro, GA 30029-8002

Supply Side West
Informa Exhibitions
P.O. Box 419018
Boston, MA 02241-9018

Thomas J. Rosol, Ph.D.
703 Olde Settler Place
Columbus, OH 43214